Case 1:08-cv-00903   Document 2   Filed 02/12/2008   Page 1 of 1

BR

**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** DEVELLE SPENCER | **Defendant(s):** THOMAS DART, etc., et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** Develle Spencer #2006-0097519 Cook County Jail P.O. Box 089002 Chicago, IL 60608 | **Defendant's Attorney:** |

**FILED**
FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV903**
**JUDGE GETTLEMAN**
**MAG. JUDGE VALDEZ**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** A. E. Woodham   **Date:** 02/12/2008

Gettleman   08C571
Valdez