10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**
FEB 12 2008
Feb 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Develle Spencer
Plaintiff

v. Salvadore Godinez
Thomas Dart, ~~Salvadore~~ Godinez
Mr. Snooks, Ofc. Morgan
Thomas Snook, Ofc. Morgan
Defendant(s)

**08CV903**
**JUDGE GETTLEMAN**
**MAG. JUDGE VALDEZ**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Develle Spencer 20060097519, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. #20060097519  Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: _____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 2/2004
      Monthly salary or wages: 6.25
      Name and address of last employer: Popeyes

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                              N/A  ☐Yes ☒No
      Amount_____ Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
    Amount_____ Received by __N/A_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
    Amount_____ Received by __N/A_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support    ☐Yes    ☒No
    Amount_____ Received by __N/A_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
    Amount_____ Received by __N/A_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
    Amount_____ Received by _____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount: __N/A__
    In whose name held:_____ Relationship to you:__N/A__

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
    Property:_____ Current Value:__N/A__
    In whose name held:_____ Relationship to you:__N/A__

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
    Address of property:_____
    Type of property:_____ Current value:_____
    In whose name held:_____ Relationship to you:__N/A__
    Amount of monthly mortgage or loan payments:__N/A__
    Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
    Property:__N/A__
    Current value:__N/A__
    In whose name held:__N/A__ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _1/28, 2008_          _Deulle Spencer_
                              Signature of Applicant

                             _Develle Spencer_
                              (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Develle Spencer_, I.D.# _20060075__, has the sum of $ _.10_ on account to his/her credit at (name of institution) _CCDOC_.
I further certify that the applicant has the following securities to his/her credit: _0_. I further certify that during the past six months the applicant's average monthly deposit was $ _47.50_.
(Add all deposits from all sources and then divide by number of months).

_1-29-08_                    _J A Martinez_
DATE                         SIGNATURE OF AUTHORIZED OFFICER

                             _J A MARTINEZ_
                             (Print name)

rev. 10/10/2007



**TRANSACTION REPORT**
Print Date: 01/07/2008

285 = 4750 / 6

| Inmate Name: | SPENCER, DEVELLE | Balance: | $50.46 |
|---|---|---|---|
| Inmate Number: | 20060097519 | | |
| Inmate DOB: | 9/13/1971 | | |

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 01/02/2008 | CREDIT | 50.00 | 50.46 |
| 01/02/2008 | ORDER DEBIT | -6.26 | 0.46 |
| 12/19/2007 | ORDER DEBIT | -3.30 | 6.72 |
| 12/14/2007 | RETURN CREDIT | 1.20 | 10.02 |
| 12/11/2007 | ORDER DEBIT | -41.19 | 8.82 |
| 12/05/2007 | CREDIT | 50.00 | 50.01 |
| 11/18/2007 | ORDER DEBIT | -0.09 | 0.01 |
| 11/13/2007 | ORDER DEBIT | -0.15 | 0.10 |
| 11/07/2007 | ORDER DEBIT | -34.08 | 0.25 |
| 11/02/2007 | RETURN CREDIT | 34.16 | 34.33 |
| 10/31/2007 | ORDER DEBIT | -20.71 | 0.17 |
| 10/23/2007 | ORDER DEBIT | -34.16 | 20.88 |
| 10/23/2007 | CREDIT | 30.00 | 55.04 |
| 10/19/2007 | CREDIT | 25.00 | 25.04 |
| 10/16/2007 | ORDER DEBIT | -0.15 | 0.04 |
| 10/02/2007 | ORDER DEBIT | -10.25 | 0.19 |
| 09/29/2007 | RETURN CREDIT | 10.33 | 10.44 |
| 09/25/2007 | ORDER DEBIT | -10.33 | 0.11 |
| 09/18/2007 | ORDER DEBIT | -26.72 | 10.44 |
| 09/11/2007 | ORDER DEBIT | -33.44 | 37.16 |
| 09/10/2007 | CREDIT | 40.00 | 70.60 |
| 09/06/2007 | CREDIT | 30.00 | 30.60 |
| 08/28/2007 | ORDER DEBIT | -24.84 | 0.60 |
| 08/22/2007 | ORDER DEBIT | -29.38 | 25.44 |
| 08/17/2007 | RETURN CREDIT | 6.06 | 54.82 |
| 08/17/2007 | CREDIT | 25.00 | 48.76 |
| 08/14/2007 | ORDER DEBIT | -6.24 | 23.76 |
| 08/10/2007 | CREDIT | 30.00 | 30.00 |
| 08/07/2007 | ORDER DEBIT | -0.09 | 0.00 |
| 07/25/2007 | ORDER DEBIT | -6.06 | 0.09 |
| 07/17/2007 | ORDER DEBIT | -25.47 | 6.15 |
| 07/11/2007 | CREDIT | 30.00 | 31.62 |
| 07/07/2007 | RETURN CREDIT | 1.00 | 1.62 |
| 07/03/2007 | ORDER DEBIT | -25.01 | 0.62 |
| 06/30/2007 | RETURN CREDIT | 0.03 | 25.63 |
| 06/28/2007 | CREDIT | 25.00 | 25.60 |
| 06/26/2007 | ORDER DEBIT | -0.03 | 0.60 |