UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 1 2 2008 aew
Feb 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Develle Spencer )
)
v. )
) 08CV903
Defendant(s) Thomas Dart, Salvadore Godinez ) **JUDGE GETTLEMAN**
Thomas Snook, Ofc. Morgan ) **MAG. JUDGE VALDEZ**
)
)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Develle R. Spencer, declare that I am the ☑ plaintiff ☐ defendant (check appropriate box) in the above entitled proceeding and state that I am unable to afford the services of an attorney and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Eric A. Mitchell, Bolden - 54 N. Ottawa, Joliet, IL 60432
Kayode R. Idris Esq.
4554 N. Broadway ste 238
Chgo, IL 60640

3. In further support of my motion, I declare that (check appropriate box):

☑ I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this court.

☐ I am currently, or previously have been represented by an attorney appointed by this court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

☑ I have attached an original application to proceed In forma Pauperis in the proceeding detailing my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended application to proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct

Develle R. Spencer
Movant's Signature
P.O. Box 089002
Street Address
Chgo, IL 60608
City/State/Zip

Date: 01-29-08

Assigned Judge  Hart

Case number  08C 0262

Case title  Develle R. Spencer Vs. Walsh

Appointed Attorney's Name  N/A  Just filed yet to be notified of Appointed Atty.

If case is still pending, Please check box ☐