**FILED**

**MARCH 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**RECEIVED**

FEB 1 2 2008
Feb 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Develle Spencer

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook county Sheriff Thomas Dart

Director CCDOC Salvador Godinez

Superintendent Snooks, sheriff.

sheriff Morgan (correction), ~~sheriff~~

~~Hart (Correction)~~, ~~Porter correction~~

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

**08CV903**
**JUDGE GETTLEMAN**
**MAG. JUDGE VALDEZ**

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _Develle R. Spencer_

    B.    List all aliases: _Eric Hodges_

    C.    Prisoner identification number: _2006-0097519_

    D.    Place of present confinement: _Cook county Dept. of Correction_

    E.    Address: _2600 S. California . Chicago, Il 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: _Thomas Dart_

        Title: _Sheriff_

        Place of Employment: _Cook County Sheriff's Deptmnt._

    B.    Defendant: _Salvador Godinez_

        Title: _Director of Cook county D.O.C._

        Place of Employment: _Cook county Jail. 2600 S. California chgo Il. 60608_

    C.    Defendant: _Mr. Snooks_

        Title: _Superintendent_

        Place of Employment: _Cook county Dept of Correction Division 11_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D    Defendant: _Correction ofc    Morgan_

Title: _Sheriffs    Correction_

Place of Employment: _Cook county Deptmnt of Correction (1st shift) Div. 11_

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: Develle Spencer Vs. Walsh, etc., 08C-0262 Develle R. Spencer Vs. Edwin A. Burnette, etc. 08C 0263

B.    Approximate date of filing lawsuit: January 11, 2008

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: Develle R. Spencer City of Chicago, Chicago Police Dept. Officers, Walsh, sebastian, Sgt. Stephen F. Piertzak / Develle R. Spencer Vs. et

D.    List all defendants: City of Chicago Police Dept. Officers, Walsh, sebastian, Sgt. Piertzak, Stephen. / Law office of Cook County Public Defender Edwin A. Burnette Asst. Camille Calabrese A.P.D.

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F.    Name of judge to whom case was assigned: Judge Hart · 08C 0262 Judge Castillo 08C 0263

G.    Basic claim made: Violation of Constitutional Rights 4, 14 & 6th Amendment

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I.    Approximate date of disposition: Current

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

I have a concern for my safety because of my difference in sexual preference here at Cook County Department of Correction. Dealing with acceptance with Detainee's proves difficult in day to day battle. At first I denied revealing my bi sexuality for fear of being discriminated upon. by other detainees, officer. For instance A first shift Correction officer at Cookcounty Div. 11. and also my teir officer would come to work and verbally abuse. Me and my particular crowd. but mostly My buddie Greg Lockett on DG -307. Because Mr. Lockett was more liberal with his preference and Ofc. Morgan couldn't deal with or accept that aspect of this detainee. So he (Morgan) would pick with Greg or those whom associate themself with Greg Lockett. by calling him or us "Things", fag, faggot. At count time when Morgan would count before starting his shift (which is first shift 7-3) He would stop at Mr. Lockett's cell making derrogatory statements -get your thumb out sissy boy and would kick on Greg's door this being cell 307. This started every since Mr. Lockett moved on DG teir. This constant picking on Gregory grew so that on Jan 28th 2008. Mr Lockett was Removed off the Teir and place a beat down upon and

Was sent to the Hospital. and this cruelty was inflicted for personal dislike. By the very people whom are suppose to secure me from harm. Not treat me as an out cast as "something" different because of my sexual preference or beat a person down and then cover your self and your fellow officers Hate crime by saying that the incident took place on the teir When it happened in a place known as the Wreck Room where officers normally take their most disliked detainees and 5 or more beat you. Ironic this room is actually Called the Recreation or Rec' Room. I am in fear of submitting my grievance because of this incident that took Place with Greg, but what's scary in this Misconduct is that of the organized corruption. (Our wing quarters was locked down Because it to make it that Gregory Attacked Ofc. Morgan in the cell 307 Did not, Martel Jackson, Dawayne Tolliver, Tracey White, Earley Ware, William Bainer, Ismel Ortiz are "some" of the detainee whom witness the truth. We were denied grievances (which are rare to acquire here in Dir. 11) If these people can come together to hide a hate Crime been committed Then who's going to stop them from harming me next. Where do I get equally protected. Gregory lockett, got another charge and a beatdown. Because a officer did'nt like his choice of preference, who's to stop him from expressing his dislike of my Bi Sexuality (or any other officer). I could be next! I fear for my life, I'm sending Copy of My grievance which I am scared to Put in but I am trying to follow Procedure properly to file.

Revised 9/2007

## V.   Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Termination of officers in immediate contact of incident, Suspension of those who stood idly failed to prevent fellow officers of committing the Misconduct/crime

2.5 Million

## VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _2_ day of _Feb_ , 20 _08_

_Develle Spencer_
(Signature of plaintiff or plaintiffs)

_Develle Spencer_
(Print name)

_2006 009 7519_
(I.D. Number)

P.O. Box 089002
Chicago, Il. 60608
(Address)

6

Attn: Judge

## III.   Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES (X)  NO ( )   If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C.   If your answer is YES:

1.   What steps did you take? interviewed (Lt. Mariweather, Capt Everhart) (Division XI (11-eleven.)) immediately after submission of handwritten grievance form, because grievance not available. Then another properly. Then after, the ofc. involved came to my cell entered my cell, order my cellie, Martel-Jackson to get out of bed and step in the dayroom in his boxer shorts, to pull an intimidation Move. A grievance was file also and given to Lt. Mariweather, Capt. Everhart.

2.   What was the result?
"At first" I was to be removed from that division. As soon as I got back from seeing the doctor. But that changed, I was AM kept in the same division. "accessible" to those officers. After explaining I fear for my safety with these officer. Protective Custody Means 23 hr lockdown. Away from getting on the phone to my folks at an available time they can be reached. P.C. was not a option. Where harm could come lurking.

3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) The Superintendent for Division XI stopped, the attempted good faith of Lt. Mariweather & Capt. Everhart, me from being transfered out of the div. Thomas Snook (the superintendent) has obviously displayed poor concern of my safety by keeping me there when I've been threatened already. I am sending along, most of the paperwork

D.   If your answer is NO, explain why not:
I've file in attempt to exhaust Administrative Remedies "at the risk of being hurt in the process.

3

E.  Is the grievance procedure now completed?  YES ( )  NO ( ) *I was interviewed by a Capt. Everhart, Lt. Mariweather and I haven't heard anything else yet.*

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES (X)  NO ( )

G.  If your answer is **YES**:

    1.  What steps did you take?

    _____

    _____

    _____

    2.  What was the result?

    _____

    _____

    _____

H.  If your answer is **NO**, explain why not:

_____

_____

_____

4

Revised:  7/20/05

**DETAINEE COPY**

Part-A / Control #: _____ X

Referred To: Supt. D.W. 11

X Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Spencer          First Name: Develle

ID #: 2006 - 0097519  Div.: 11  Living Unit: DG  D Pod  Date: Jan/31/08

BRIEF SUMMARY OF THE COMPLAINT: On Jan 28th 2008, A gay bashing took place - initiated by officer Morgan - made to look as detainee attacked him on the teir DG in cell 307. Now DG's on lock down for an incident provoked by teir officer's derragatory remarks to detainee Ofc Morgan - Fag, That thing... Comments toward detainee Lockett while packing his property to move. and in compliance to Ofc order. But was taken to the "Rec" or "Wreck" Room to be beaten. In the course of this Gay Bashing hate Crime, I fear for my own safety as a sexual. I could be next!, I refused revealing my preference to cc DOC for fear of what happened to Lockett Greg, happening to me "Being With discrimination" and being denied equal protection which I'm entitled to. It's My Right "just as Gregs Right: Witness that derragatory remarks, and attack "No

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Fag - thing etc.
Ofc. Mims, Johnson, Rodriguez, Hickman, comments from Ofc Morgan about Greg - Fag - thing etc.
Tracey White, Develle Spencer, Ismeal Ortiz, Murtel Jackson, early Ware, Riddick (DT) Maurice Brown

ACTION THAT YOU ARE REQUESTING:

Hate Crime was Committed - charges brought up on all ofc in Contact: Poster, Hart rgan, Lopez, Tellado. Those who stood idly by and failed to stop fellow officers too.

**DETAINEE SIGNATURE:** Devell Spencer

★ Detainee I'm speaking of: Greg Lockett assaulted by officers W&508

C.R.W.'S SIGNATURE: J. a. Martin          DATE C.R.W. RECEIVED: 2/5/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

In attributes to the wrongful beating of Gregory Lockett - Div. 11 DG, 307 January 28th 2008, by his their officer - whom days before constantly expressed his opinion about gay people. Whether verbally, and or now physically Officer Morgan's action and those liable for idly standing by (officers, Hickman, Mims) and those in immediate contact of this beating (officers whom are listed, Pg. 4). That is my reason for denying to reveal my sexual preference (Bi-Sexual) when being processed for fear of being with discriminated upon, treated with less respect. Even though I am suppose to be secure of harm being done to me because I'm suppose to be safe, in the care of this facility, as well as the guarantee of the U.S. Constitution's 8th & 14th Amendment. Officer Morgan action is good reason that why I have little faith in my right to be equally protected. Also why I suppress my "preference" to avoid being label and persecuted such as the way of c. Morgan did. When calling detainee Greg. Lockett Fag, That thing. Remarks which clearly expressed his dislike, contempt toward gays in his presence.

It disturbs me that just because of a Man's Sexual preference And it's known, here. He is subject to wound up in the "WRECK" room - Recreation room, and beaten by officers in particular.

Witness staff or Detainee: Reddick, Anthony 49 yrs. old. See Pg. 4.
Ofc. Mims 7-3 Shift. See Pg. 4.


Action That You Requesting: Apology, Terminate the corruption abuse of power, intimidation. And possibly charges file!

2.)

with "immediate contact acting under the color of state law standing by idly and fail to prevent a fellow officer commit an act resulting in constitutional deprivation, and or breaking the law. Officers on 7-3 shift. Div. 11 D-Pod -upper D., Morgan being the assailant in this matter. Vent his frustration and con- -tempt toward the presence of a liberal gay person by invoking an alleged reason to brutally beat a gay person - this being Greg — DG 307 Div. 11 1/28/08, for being him in his assigned cell during count 7:00 Am Count. (Nude in bed alone sleep or not does not warrant excessive force, nor does any persons opin -ion or dislike for mine. What happened to this detainee could've happened to me or any open person of the peculiar comunity I fear this happening to me through my association with Greg. Whats so frightening is the fact that it's not the average guy (or detainee) from the streets. But that it's an officer and with the law on his side. He is virtually invincible and his actions clearly expresses that they can do to anyone whatever he wants whenever and however he feels, and wants. As officers and believed ultimately because of their status as officers. "Virtually invincible". This is what's intimidating and has me afraid for my life. These sort of personalities are working here and suppose to protect me from the very pain physical anguish/agony he has inflicted through his personal issues. How am I to entrust my life with being protected equally. When the one whos doing the patrol of protecting becomes my assailant. Who's watching the guards; who's protecting me from them? Example - DG is

currently on lockdown for an incident that took place off the teir – To be precise, in the place officer often call Detainees to as an invite to knuckle up with, but actually where the Detainees get "WRecked" brutalbeatdown. Ironicall this place is also titled "Rec-Room" short for Recreation. Hallway Trustees Mop'd the Blood up off the Rec Room floor. Detainee Riddick – age 49 Heavy–set, Another Afro American, & Caucasion. on DJ Pod D. We have now no power in our cells – Because we made a fuss for grievances; Organized Misconduct, has me writing in the dark.

Officer'                                                I as a bisexual, am afraid. I am submitting my grievance, but not here in Div. 11. If they are organized to this degree where grievances aren't permitted, power loss cells, lockdown to cover fellow mans/officers Report... Per Sup.? Then My grievance (which was xerox by Lt. Meriweather front page) because Counselor isn't available to us since lockdown... "No grievances.", is only a front page – But Copy, original for you.

Thank You

The hall worker, A. REddick, witness'd the beating in D-Pod Rec' Room - Poolroom area / Mop'd up blood.

officers liable with immediate contact        Remarks
   1.) Porter - Body slam detainee Greg./ Bitch, Faggot
   2.) Hart - Jumping off pool table onto detainee
   3.) Lopez    D-pod officer  1st  shift - Queirre
   4.) Tellado  D-pod officer  1st  shift - Punk Muthalucka
   5.) Johnson  D-pod officer  1st  shift - Sissy Bitch
   6.) Morgan   D-Pod officer 1st shift - Faggot, Mutha Fucker
officer's liable: present at the scene stood idly by
and fails to Prevent a fellow officer commit an act resulting in
      1.) HickMan   3.) Rodriguez
      2.) MiMS
Constitutional deprivation.


      Officers including Ofc. Morgan went into the pool
Room "Rec" room, Lopez, Tellado, Johnson and commence
Hitting detainee. . . Hate Crime Act - Ofc. Morgan, as for
Lopez, Tellado, Johnson = Assisting their fellow officer in it.
    Derrogatory Remarks toward Greg's presence here on DG
toward gay - Morgan - DG officer. Persons spoken to, teir
workers, Hall workers, Ofc. MiMS. every since Greg's appearance on DG
   Teir workers:              Hall workers:
     Develle Spencer        "Riddick", Saw alot, heard alot
     Tracey White. Maurice Brown.      but afraid - 49 yrs old.

   Teir Witness: Tracey white, Maurice Brown
Mardol Jackson, Early Ware, Ismeal Ortiz, No Attack took place - ontein-
from detainee Greg onto any officer. Officer Morgan's provocative remarks were

aggravating.... Faggot Muther Fucker – Witnesses Ofc. 401 (Ismeal) Ortiz, Tracey White, Martek Jackson. Derrogetory Remarks toward Greg from Ofc. Morgan leading up to 1-28-08 incident... Witnesses: Develle Spencer, Tracey White, ... "his teir workers". Even his 1st shift Coworkers, Ofc. Mims, Hickman, Rodriguez heard Morgan openly refer to detainee Greg, as "The Fag". (Mims, Hickman, Rodriguez, Loper, Tellado Johnson — Mims would most likely keep it real with you. He's a good Church Man... The others fellow Brothers in Blue. Maybe Mims too. I've been lock'down for 4 days now to cover anothers bogue Report. Why is Teir DG on lockdown If incident occurred off the teir and in the (Pool)-Rec Room?

Spencer