UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0903 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert Gettleman |
| COOK COUNTY SHERIFF THOMAS DART, | ) | |
| DIRECTOR CCDOC SALVADOR GODINEZ, | ) | Magistrate Judge Valdez |
| SUPERINTENDENT SNOOKS, SHERIFF | ) | |
| SHERIFF MORGAN (CORRECTION), | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR
<u>OTHERWISE PLEAD</u>**.

NOW COME, the Defendants, Cook County Sheriff, Thomas Dart, Executive Director Salvador Godinez, Superintendent Thomas Snooks, and Officer James Morgan, through their attorney Richard A. Devine, through his assistant, Steven L. Satter, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1. That based upon information and belief, the above named Defendants were served with process, on or about May 8, 2008.

2. That undersigned counsel has just received the Complaint and requires time to investigate the allegations contained in Plaintiff's Complaint.

3. That undersigned has ordered all records that may be related to Plaintiff's federal claims and these documents are not likely to be received by undersigned counsel for at least 21 days.

4. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

    a.    That this Honorable Court grant an enlargement of time, up to and including June 15, 2008, for Defendant to file an Answer or otherwise plead;

    b.    And to grant any other relief it deems necessary and just.

                                         Respectfully submitted,
                                         State's Attorney of Cook County

                          By:    /s/ Steven L. Satter
                                Steven L. Satter
                                Assistant State's Attorney

Steven L. Satter
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5105