UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 0903 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert Gettleman |
| COOK COUNTY SHERIFF THOMAS DART, | ) | |
| DIRECTOR CCDOC SALVADOR GODINEZ, | ) | Magistrate Judge Valdez |
| SUPERINTENDENT SNOOKS, SHERIFF | ) | |
| SHERIFF MORGAN (CORRECTION), | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Develle Spencer
      #2006-0097519
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

Please take notice that on May 20, 2008, at 9:15 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge Robert Gettleman, or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 1788, 219 S. Dearborn, Chicago, Illinois 60604 and present the attached Motion To Enlarge.

                        Richard A. Devine
                        State's Attorney of Cook County

            By:    /s/ Steven L. Satter
                        Steven L. Satter
                        Assistant State's Attorney
                        500 Richard J. Daley Center
                        Chicago, Illinois 60602
                        ARDC # 6243813

## CERTIFICATE OF SERVICE

  STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**Motion to Enlarge**

was served pursuant to the District Court's ECF system as to ECF filers.

s/ Steven L. Satter<br>
Steven L. Satter