MHN

Plaintiff: Develle Spencer
         vs.
Supt. Snooks, Thomas Dart, Salvadore Godinez
officer Morgan.

Case No: 08C0903
Judge: Robert Gettlem
- n. -

**FILED**
MAY 1 5 2008
5-15-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion for assistance of counsel.
Reconsideration.
_____

1.) This plaintiff request the court grant plaintiff's motion for assistance in above captioned matter. In support of this motion.

A.) I, Develle Spencer, have not the competency, the seasoned-skills or knowledge required to survive the intricate preparation and proceeding that's to come

B.) That when filing the above caption. Plaintiff's error in submission and of incompetent form was obviously an unexperienced willing.

C.) That plaintiff has made sincere effort via U.S. Postal to obtain counsel.

D.) The plaintiff's injurys (to backside-lower) unables plaintiff the ability to sit, stand for extensive periods of time as study, research, search requires in preparations of court proceeding, hearing, Judgments, appeals.

2.) I declare under penalty that the foregoing is true and correct.

Develle Spencer
B-45254
2500 Rt. 99 South
Mt. Sterling, Il.
62353