FILED

MAY 1 5 2008

5-15-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s) Develle Spencer B-45254     )

Thomas Snooks, Superintendenty,     )     Case Number: 08 C 0903

Defendant(s) Dart, Godinez, ofc. Morgan.     )     Judge: Rober W. Gettleman

)

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Develle Spencer ,declare that I am the (check appropriate box)
[✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: Kamode R Idris ESq. 4554 N. Broad- way Ste 238 Chgo, Il 60640, Kenneth Flaxman, 200 S Michigan Ave Ste 1240 Chgo, Il. 60604, Eric A. Mitchell Bolden 54 N. Ottawa, Joliet, Il 60432

3. In further support of my motion, I declare that (check appropriate box):
[✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
[ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
[ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
[✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
[ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Develle Spencer B45254
Movant's Signature

5.06.08
Date

2500 Rt. 99 South
Street Address

Mt. Sterling, Il. 62353
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐