# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 903 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Develle Spencer (B-45254) v. Tom Dart | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motions for the appointment of counsel [15], [16] are denied without prejudice. Plaintiff's case at the present time does not involve complex discovery or an evidentiary hearing, and plaintiff's current pleadings indicate that he may proceed with his case at this stage of the proceedings. Accordingly, his motion for the appointment of counsel is denied without prejudice. *Pruitt v. Mote,* 503 F.3d 647, 656-59 (7th Cir. 2007).

Docketing to mail notices.

isk