## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 903 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| COOK COUNTY SHERIFF THOMAS DART, | ) | |
| DIRECTOR CCDOC SALVADOR GODINEZ, | ) | |
| SUPERINTENDENT SNOOKS, | ) | |
| SHERIFF MORGAN (CORRECTION), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Develle Spencer
B-45254
Western Correctional Center
R.R. 4, Box 196
Mt. Sterling, IL 62353
PRO SE

PLEASE TAKE NOTICE that on **August 26, 2008** at **9:15** a.m., I shall appear before the **Honorable Robert W. Gettleman** in the courtroom usually occupied by **him** in Room **1703** of the United States District Court, Northern District of Illinois, Eastern Division, and present **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**.

        Respectfully Submitted,
        RICHARD A. DEVINE
        State's Attorney of Cook County

By:   /s/ *Kevin Frey*
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, IL  60602
       (312) 603-6189

**CERTIFICATE OF SERVICE**

    I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **August 20, 2008**.

                                                     /s/ *Kevin Frey*