## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 903 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Develle Spencer     vs     Thomas Dart | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [20] to withdraw appearance of counsel Steven L. Satter, and subsitute counsel Kevin Frey is granted. Defendants are given 14 days to answer or otherwise plead.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|