# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Develle Spencer v. Thomas Dart, et. al.

Case Number: 08 C 0903

Judge: Robert W. Gettleman

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Thomas Dart, Salvador Godinez, Thomas Snooks and Sheriff Morgan

SIGNATURE  /s/ Kevin Frey, ARDC # 6281416, kfrey@cookcountygov.com

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)      TELEPHONE NUMBER
# 6281416                                    (312) 603-6189

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐