UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 903 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| COOK COUNTY SHERIFF THOMAS DART, | ) | |
| DIRECTOR CCDOC SALVADOR GODINEZ, | ) | |
| SUPERINTENDENT SNOOKS, | ) | |
| SHERIFF MORGAN (CORRECTION), | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Now Come Defendants Thomas Dart, Salvador Godinez, Thomas Snooks and Sheriff Morgan by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his Assistant, Kevin Frey, and pursuant to Fed. R. Civ. P. 12(b)(6) moves this Honorable Court to dismiss Plaintiff's Complaint against them for the failure to state a claim upon which relief can be granted

A Memorandum of Law in support of this Motion to Dismiss is hereto attached.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Kevin Frey
      Kevin Frey
      **Assistant State's Attorney**
      500 Richard J. Daley Center
      Chicago, IL  60602
      (312) 603-6189