UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 903 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| COOK COUNTY SHERIFF THOMAS DART, | ) | |
| DIRECTOR CCDOC SALVADOR GODINEZ, | ) | |
| SUPERINTENDENT SNOOKS, | ) | |
| SHERIFF MORGAN (CORRECTION), | ) | |
| | ) | |
| Defendants. | ) | |

**TO:** Develle Spencer
B-45254
Vienna Correctional Center
6695 State Route #146 East
Vienna, Il 62995
PRO SE

PLEASE TAKE NOTICE that on **September 17, 2008** at **9:15** a.m., I shall appear before the **Honorable Robert W. Gettleman** in the courtroom usually occupied by **him** in Room **1703** of the United States District Court, Northern District of Illinois, Eastern Division, and present **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**.

        Respectfully Submitted,
        RICHARD A. DEVINE
        State's Attorney of Cook County

By:    */s/ Kevin Frey*
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL  60602
        (312) 603-6189

**CERTIFICATE OF SERVICE**

    I, Kevin Frey, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **September 8, 2008**.

        */s/ Kevin Frey*